IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BELL NORTHERN RESEARCH, LLC,** | |
| Plaintiff, | Civil Action No. 6:21-cv-00833-ADA |
| v. | |
| **APPLE INC.,** | JURY TRIAL |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL FROM CASE OF ATTORNEY KATHY H. LI**

David Sochia, as Lead Counsel in the above-referenced matter, respectfully requests the Court remove Kathy H. Li (SBN 24070142) as attorney of record in this case. Ms. Li is departing the firm McKool Smith, P.C. All other attorneys at McKool Smith, P.C. remain as counsel for Plaintiff Bell Northern Research, LLC.

This requested withdrawal of counsel will not cause a continuance or delay in this case.

Defendant is not opposed to this motion.

Accordingly, Plaintiff respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

Dated: December 15, 2021.

Respectfully submitted,

*/s/  David Sochia*
David Sochia
Texas State Bar No. 00797470
dsochia@McKoolSmith.com
Ashley N. Moore (*pro hac* to be filed)
Texas State Bar No. 24074748
amoore@McKoolSmith.com
Alexandra F. Easley (*pro hac* to be filed)
Texas State Bar No. 24099022
aeasley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

James E. Quigley
Texas State Bar No. 24075810
jquigley@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 7870
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**ATTORNEYS FOR PLAINTIFF
BELL NORTHERN RESEARCH, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 15, 2021.

*/s/ David Sochia*
David Sochia
